EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

KEIRSTEN KENNEDY
Special Assistant U.S. Attorney
Suite 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 440-9247
Facsimile:  (808) 541-2958
E-Mail: keirsten.kennedy@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

|  |  |  |
|---|---|---|
| IN THE MATTER OF | ) | ORDER FOR DISMISSAL AND |
|  | ) | RECALL OF BENCH WARRANTS; |
| CRIMINAL INFORMATIONS | ) | ATTACHMENT "A" |
|  | ) |  |
| _____ | ) |  |

ORDER FOR DISMISSAL AND RECALL OF BENCH WARRANTS

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney hereby dismisses without prejudice, the Criminal Informations containing the charges against the defendants listed in Attachment "A".

The list of cases set forth in Attachment "A" was provided to the United States by the United States Marshal Service as cases that are pending.  The United States Marshal Service has attempted to locate and serve the listed individuals

with the attached bench warrants, and after best efforts have

been unable to do so.  The United States respectfully requests

that the instant cases be dismissed without prejudice and the

outstanding bench warrants be recalled.  The United States is not

seeking to dismiss any Criminal Information or charge in which

the defendant has been found guilty and/or for which a judgment

of conviction has been entered.  Therefore, the United States'

dismissal shall not apply to any Information or charge listed in

Attachment "A" in which the defendant has been found guilty

and/or a judgment of conviction has been entered.

        DATED: April 30, 2008, at Honolulu, Hawaii.


                            EDWARD H. KUBO, JR.
                            United States Attorney
                            District of Hawaii

                            By /s/Keirsten Kennedy
                               KEIRSTEN H. KENNEDY
                               Special Ass't U.S. Attorney

Leave of Court is granted for the filing of the foregoing
dismissal.

        IT IS SO ORDERED.



                            /s/ Barry M. Kurren
                            United States Magistrate Judge
                            Dated: April 30, 2008


IN THE MATTER OF CRIMINAL INFORMATIONS
"Order for Dismissal and Recall of Bench Warrants"

ATTACHMENT "A"

NAME                        CRIMINAL NUMBER

Oglesby, Kenneth            92-01155
Devillanueva, Rufino        92-01494
Long, Thomas J.             93-01994
Lett, Douglas J.            93-01728
Jones, Tiffini K.           93-00827
Ketcham, Martin             93-00869
Gutierrez, Antonio R.       94-00956
Johnson, Christopher R.     94-00527
Teraoka, Ricky Y.           01-00346
Peniata, Lakisa K.          02-00513
Williams, Bryon J.          03-00028
Frazier, Sandra R.          03-00287
Godfrey, Shaun T.           03-00442
Gordon, Samuel T.           03-00289
Hattaway, Michael J.        03-00218
Hornbeck, Charlotte         03-00033
Jackson, Alvona S.          03-00499
Jacoby, Gilbert             03-00421
Jennings, Mack J.           03-00216
Johnson, Michael            03-00018
Kirk, Brandon B.            03-00290
Kirk, Brandon B.            03-00087
Kubisty, Brian J.           03-00185
Mottley, Essex D.           03-00445
Nefaties, Roy               03-00500
Schuler, Sheri              03-00321
Summerville, Eric           03-00090
Wolford, Gary P.            03-00543
Boyce, Travis J.            03-00320
Brunston, Nathaniel, Jr.    03-00215
Clark, Nathan A.            03-00420